

FILED
APR 15 2024 @ 5:10 PM
Clerk, U.S. Bankruptcy,
Orlando Division
via email

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Mark Christopher Kaley,

    Debtor.

Case No.: 6:24-bk-01255-LVV

CHAPTER 13

## MOTION FOR SANCTIONS AGAINST SECURED CREDITOR LC04 SPECIAL LLC FOR FAILURE TO COMPLY WITH ORDER DIRECTING MORTGAGE MODIFICATION MEDIATION

Debtor requests entry of an Order for Sanctions against SECURED CREDITOR, LC04 Special, LLC, for its failure to comply with this Court's Order Directing Mortgage Modification Mediation (Doc. 27) ("The Order"), and in Support thereof states as follows:

1. Debtor has registered with the Portal identified in The Order.

2. Debtor paid $129.00 fee to have his documents processed by Documods pursuant to the Order (See Exhibit "A")

3. SECURED CREDITOR has not registered pursuant to the Order. (See Exhibit "B").

4. Debtor has taken all steps, including selecting Viktoria Collins as a potential mediator, to comply with the Order, and is prevented from proceeding and processing his submission due to the failure of SECURED CREDITOR to comply with the Order. (See Exhibit B).

5. SECURED CREDITOR will continue to assess additional fees, interests, and other charges against the Debtor, and the Debtor will be harmed by such.

6. LC04 Special LLC's mortgage lien encumbers the Debtor's real property located at:

> LOT 690, SIGNATURE LAKES PARCEL 1D PHASE 2, ACCORDING TO THE PLAT RECORDED IN PLAT BOOK 65, PAGE(S) 137, AS RECORDED IN THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

PROPERTY ADDRESS: 14924 Gaulberry Run, Winter Garden, Florida 34787.

The mortgage loan number ends in 6521.

Debtor filed this Chapter 13 case in an attempt to retain his primary residence. Debtor would like to modify the terms of the mortgage(s) encumbering his primary residence. Debtor's income will allow him or her to contribute as much as 31 percent of their current gross income to payment of the modified mortgage debt. Mediation will assist the parties in negotiation of a modification of the relevant mortgage(s).

7. Debtor requests that the SECURED CREDITOR be Sanctioned pursuant to Paragraph 23 of the Order, and that this Court Order the Trustee to hold all Adequate Protection payments in escrow until a modification is agreed to, as these actions, or inactions, by the SECURED CREDITOR, are exemplary of the actions Debtor identified in its Motion in Opposition to Secured Creditors Request to Lift the Stay, and how SECURED CREDITOR has acted and continues to act with unclean hands, in bad faith and to the detriment of the Debtor.

WHEREFORE, the Debtor requests the entry of an order sanctioning the Secured Creditor, and for such other and further relief as the Court deems just and proper, including voiding the Secured Creditor's secured status.

Dated: April 15, 2024
Winter Garden, Florida

/s/ Mark C Kaley

---

Mark C. Kaley
Pro Se, Debtor
14924 Gaulberry Run
Winter Garden, Florida 34787
407-394-5881
markckaley@gmail.com

## PROOF OF SERVICE

A true and correct copy of the foregoing has been filed with the clerk of the court via electronic transmission and sent by either electronic transmission or U.S. Mail on April 15, 2024, to:

All creditors and interested parties as listed on attached matrix.

Dated:   April 15, 2024
         Winter Garden, Florida

                              /s/ Mark C Kaley

                              Mark C. Kaley
                              Pro Se, Debtor
                              14924 Gaulberry Run
                              Winter Garden, Florida 34787
                              407-394-5881
                              markckaley@gmail.com

MATRIX

Law Offices of Damian G. Waldman, PA
Attorney for Secured Creditor
10333 Seminole Blvd, Units 1 & 2
Seminole, Florida 33778
Email: damian@dwaldmanlaw.com

Trustee
Laurie K Weatherford
PO Box 3450
Winter Park, FL 32790

US Trustee
United States Trustee - ORL 7/13
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street
Suite 1100
Orlando, FL 32801

Orlando Law Group
12301 Lake Underhill Rd, Ste 213
Orlando, FL 32828

Independence Comm. Assoc. Inc.
14213 Pleach St
Winter Garden, FL 34787

Premier Bankcard Services
PO Box 5524
Sioux Falls, SD 57117

Credit One Bank
PO Box 60500
City of Industry, CA 91716

Concora Credit
PO Box 84049
Columbus, GA 31908

SEC
100 F St NE
Washington, DC 20549

WithU Loans
10600 S. Pennsylvania Ave.
Oklahoma City, OK 73170

EXHIBIT "A"
Receipt



Transaction Receipt from Credit Infonet, Inc. d/b/a CIN Legal Data Services for $129.00 (USD)   Inbox

Auto-Receipt <noreply@mail.authorize.net>
to me

Sat, Apr 13, 2:01 PM (2 days ago)

**Order Information**
Description: docUmods fee for Mark Kaley
Invoice Number: DOCUMODS041320240002
Customer ID: 54226

Billing Information
Mark Kaley
14924 Gaulberry Run
, FL 34787
markckaley@gmail.com

Shipping Information

Total: $129.00 (USD)

**Payment Information**
Date/Time: 13-Apr-2024 14:01:04 EDT
Transaction ID: 80390465407
Payment Method: Visa xxxx1646
Transaction Type: Purchase
Auth Code: 057104

**Merchant Contact Information**
Credit Infonet, Inc. d/b/a CIN Legal Data Services
Irvine, CA 92602
US
noreply@defaultmitigation.com

Exhibit B

**WARNING**
The servicer you selected has not yet registered on the DMM Portal.
Please contact the servicer's counsel and request that they register per the requirements of the Court Program.
Your account will not be submitted at this time.