[jiffyord] [Bench Order +]

ORDERED.

Dated: May 14, 2024

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:24−bk−01255−LVV
Chapter 13

Mark Christopher Kaley

_____Debtor*_____/

**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO IMPOSE A FILING BAR**

THIS CASE came on for hearing on May 14, 2024 , for consideration of the **Motion for Relief from the Automatic Stay and to Impose a Filing Bar** (Doc. **10** ), filed by **Creditor LC04 Special, LLC** .

For the reasons stated orally and recorded in open court, the Motion for Relief from the Automatic Stay and to Impose a Filing Bar ("Motion") is Denied .

The Motion is DENIED without prejudice.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Damian Waldman is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.