ORDERED.

Dated: August 16, 2024

*Lori V. Vaughan*
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Mark Christopher Kaley,

    Debtor.

) Case No. 6:24-bk-01255-LVV
) Chapter 13
)
)
)

### ORDER DISMISSING CASE WITH INJUNCTION

THIS CASE came before the Court on August 13, 2024 to consider the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments ("Motion") (Doc. No. 53). For the reasons stated in open court, it is

**ORDERED**:

1. The Motion (Doc. No. 53) is **GRANTED.**

2. This case is **DISMISSED**.

3. Under 11 U.S.C. §§ 105(a) and 109(g), Debtor is enjoined from filing for relief under any provision of Title 11 of the United States Code for a period of 180 days from **August 13, 2024**.

4. The automatic stay imposed by 11 U.S.C. §362 is lifted and the filing of this case no longer acts as a stay against collections and other actions against the Debtor and the Debtor's property.

5.  The Court in its discretion may file written findings of facts and conclusions of law at a later date.

The Clerk is directed to serve a copy of this order on all interested parties.